IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTOINE ARDDS, | ) | No. C 08-4514 SBA (PR) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.S. EVANS, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 5/17/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

\PRO-SE\HC.08\Ardds4514.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTOINE ARDDS,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV08-04514 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antione L. Ardds P-59915
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: May 21, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

\PRO-SE\HC.08\Ardds4514.jud.wpd    2